```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA

STEPHAN A. FLEMING,                )
                                   )
                 Plaintiff,        )    Case No. 4:11cv3085
                                   )
  vs.                              )
                                   )            ORDER
MICHAEL J. ASTRUE,                 )
COMMISSIONER OF SOCIAL SECURITY,   )
                                   )
                 Defendant.        )
```

This matter is before the Court on Plaintiff's Motion for Extension of Brief Due Date (Filing No. 20). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Plaintiff shall have until November 18, 2011, to file his Brief. Defendant's response is due 30 days following the filing of Plaintiff's Brief.

DATED this 18th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court